United States District Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **JOSEPH ANTHONY REYNA** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 7:26-CV-00052** |
| | § | |
| **MORTIMER PRODUCTION COMPANY** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the August 7, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 42). Judge Alanis made findings and conclusions and recommended that Defendant Mortimer's Rule 12(B)(1) Motion to Dismiss and, Subject Thereto, Answer to Complaint for Declaratory Relief, (Dkt. No. 25), be **GRANTED**. As such, Judge Alanis recommended Plaintiff's Complaint, (Dkt. No. 1), be **DISMISSED.**

The Parties were provided proper notice and opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Plaintiff Joseph Anthony Reyna filed objections to the M&R. (Dkt. No. 46). As a result, the Court's review is *de novo*. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed Plaintiff's objections, the Court finds that the conclusions in the M&R should be adopted.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Alanis's M&R, (Dkt. No. 42), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant Mortimer's Rule 12(B)(1) Motion to Dismiss and, Subject Thereto, Answer to Complaint for Declaratory Relief, (Dkt. No. 25), is **GRANTED**;

(3) Plaintiff's Complaint, (Dkt. No. 1), is **DISMISSED without prejudice**; and

(4) Plaintiff's Motion for Protective Order and No-Contact Order (Dkt. No. 22), Plaintiff's Motion for Preservation of Evidence, Opposition to any Motion to Dismiss on Standing Grounds, and Notice of Supplemental Correspondence and New Evidence (Dkt. No. 23), Plaintiff's Motion for Standing Order Requiring all Proceedings, Communications, and Conferrals to be Conducted in Writing (Dkt. No. 31), Plaintiff's Motion for Preliminary Injunction Preventing July 1, 2026, Escheat of Suspended Royalty Funds and Memorandum of Law in Support (Dkt. No. 35), Plaintiff's Motion for Preliminary Injunction Preventing July 1, 2026, Escheat of Suspended Royalty Funds and Memorandum of Law in Support (Dkt. No. 36), and Plaintiff's Motion to Deem Preliminary Injunction Timely Filed Nunc Pro Tunc as of May 18, 2026 (Dkt. No. 37), are **DENIED as moot**.

(5) Plaintiff's request for leave to file Response in Opposition to Defendant's Motion to Dismiss is **DENIED**.

SO ORDERED September 4, 2026, at McAllen, Texas.

ARTHUR R. JONES
UNITED STATES DISTRICT JUDGE